**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

1801 K STREET, N.W., SUITE 411
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

Kathryn S. Zecca

(202) 775-4508
kzecca@robbinsrussell.com

May 4, 2015

<u>Via ECF Filing and Hand Delivery</u>

Hon. James C. Cacheris
United States District Court
Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Cacheris:

    Pursuant to the Court's April 30 order, enclosed please find my firm's donation to The Arbor Charlottesville. We take our duty of candor to the Court with the utmost seriousness, and at all times intend to be fully forthright with the Court.

Very truly yours,

Kathryn S. Zecca

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

1801 K STREET, N.W., SUITE 411
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

Kathryn S. Zecca

(202) 775-4508
kzecca@robbinsrussell.com

May 4, 2015

<u>Via United States Mail</u>

Joanna Jennings
Executive Director
The Arbor Charlottesville
P.O. Box 4692
Charlottesville, VA 22905

Dear Ms. Jennings:

Enclosed please find my firm's donation to your organization.

Very truly yours,

Kathryn S. Zecca

The Arbor Charlottesville                                                                   05/04/2015           42236

Account No.

| VOUCHER | INVOICE NO. | DATE | AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| 40142 | May042015donation | 05/04/15 | 100.00 | $100.00 |

Charitable donation

                                                CHECK AMOUNT                        $100.00

---

42236

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Ph. 202-775-4500
1801 K Street, N.W., Suite 411L
Washington, DC  20006

United Bank
A Subsidiary of United Bankshares, Inc.

05/04/15

$100.00

One hundred and NO/100****************************************

Pay To The Order Of

The Arbor Charlottesville
PO Box 4692
Charlottesville, VA  22905

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈042236⑈  ⑆056004445⑆  043331503⑈                    ⑈000000 10000⑈