IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

MICROSTRATEGY SERVICES CORP.,     )
                                  )
     Plaintiff,                   )
                                  )
          v.                      )     1:14cv1244 (JCC/IDD)
                                  )
OPENRISK, LLC,                    )
                                  )
     Defendant.                   )

**O R D E R**

     This matter is before the Court on MicroStrategy
Services Corp.'s ("MicroStrategy") Motion to Voluntarily Dismiss
pursuant to Federal Rule of Civil Procedure 41(a)(2).  [Dkt.
177.]  MicroStrategy requests the Court enter an order
dismissing its complaint for breach of contract with prejudice
and assessing any costs associated with this motion to
MicroStrategy.  (MicroStrategy's Mot. at 1.)  Federal Rule of
Civil Procedure 41(a)(2) states that "an action may be dismissed
at the plaintiff's request only by court order, on terms that
the court considers proper."  OpenRisk does not oppose the
requested relief.  (MicroStrategy's Mot. at 1.)

     The only issue that remains to be resolved is the
scope of the Court's prior orders.  Count I of the Amended
Counterclaims was dismissed with prejudice.  [Dkt. 68.]  Counts

II and III of the Amended Counterclaims were dismissed without prejudice. [Dkts. 119, 157, 172.] OpenRisk was given leave to amend Counts IV and V of the Amended Counterclaim. (3/17/15 Mem. Op. [Dkt. 67] at 21-22.) OpenRisk never availed itself of the opportunity to amend within the ten-day time period prescribed by the Court's Order. (3/17/15 Order [Dkt. 68].)

MicroStrategy argues the dismissal of Counts IV and V should be <u>with</u> prejudice since OpenRisk failed to amend. OpenRisk argues the dismissal is <u>without</u> prejudice since the Court's order was silent as to the consequences of failing to amend. As the Court dismissed Counts IV and V for insufficient pleading, a procedural defect, the dismissal of Counts IV and V is without prejudice. *See Knox v. Lichtenstein*, 488 F. Supp. 259, 260 (E.D. Mo. 1980) (dismissing claim for failing to plead fraud with particularity and stating "though it was not specified as 'without prejudice,' it is clear that a dismissal for such a procedural defect does not operate as an adjudication on the merits."), *aff'd*, 654 F.2d 19 (8th Cir. 1981).

Accordingly, it is hereby ORDERED:

(1) The dismissal of Counts IV and V from the Amended Counterclaims is WITHOUT PREJUDICE;

(2) MicroStrategy's Motion to Voluntarily Dismiss [Dkt. 177] is GRANTED. MicroStrategy's breach of contract claim is DISMISSED WITH PREJUDICE;

(3)   Pursuant to E.D. Va. Local Civil Rule 54(G),

MicroStrategy shall pay $3,889.30, the cost of

impaneling a jury, to the Clerk of Court within ten

(10) days of the date of this Order;

(4)   The Clerk of Court shall forward a copy of this Order

to all counsel of record.   IT IS SO ORDERED.   THIS

ORDER IS FINAL.


|                        | /s/                                    |
| ---------------------- | -------------------------------------- |
| July 9, 2015           | James C. Cacheris                      |
| Alexandria, Virginia   | UNITED STATES DISTRICT COURT JUDGE     |